Carol PRZEHORSKI, Appellant,

v.

TREASURER OF the STATE OF MIS-
SOURI, Custodian of the Second
Injury Fund, Respondent.

No. ED 83475.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 16, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 13, 2004.

John J. Larsen Jr., St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., St.
Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL JR., J., and
LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Carol Przehorski ("claimant") appeals
from the award by the Labor and Industri-
al Relations Commission ("Commission")
denying her disability benefits against the
Second Injury Fund ("SIF").

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their in-
formation only, setting forth the facts and
reasons for this order.

The judgment of the trial court is af-
firmed in accordance with Rule 84.16(b).